■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN GIVENS, Appellant. [620 NYS2d 669] —Judgment unanimously reversed on the law and new trial granted. Memorandum: Defendant's absence from the *Sandoval* conference deprived defendant of his right to be present at all material stages of the proceedings against him *(see, People v Dokes,* 79 NY2d 656, 662; *see also, People v Cruz,* 81 NY2d 738; *People v Dincher,* 201 AD2d 892, *lv denied* 83 NY2d 851). Because County Court's in-chambers *Sandoval* ruling was not wholly favorable to defendant *(see, People v Michalek,* 82 NY2d 906, 907; *People v Favor,* 82 NY2d 254, 267), defendant's presence at that conference would not have been "superfluous" *(People v Odiat,* 82 NY2d 872, 874; *see, People v Favor, supra; People v Taylor,* 201 AD2d 905, *lv denied* 83 NY2d 877).

In view of our determination, we do not consider the remaining issues raised by defendant. (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.